**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2068**

In re:  COYT BRYANT,

Petitioner.

On Petition for Writ of Mandamus.  (4:06-cr-00035-H-1)

Submitted:  April 29, 2015                    Decided:  May 8, 2015

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Coyt Bryant, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Coyt Bryant has petitioned this court for a writ of mandamus. In his petition, Bryant asks this court to order the district court to rule on his Fed. R. Civ. P. 60 motion.

To obtain mandamus relief, a petitioner must show that:

> (1) he has a clear and indisputable right to the relief sought; (2) the responding party has a clear duty to do the specific act requested; (3) the act requested is an official act or duty; (4) there are no other adequate means to attain the relief he desires; and (5) the issuance of the writ will effect right and justice in the circumstances.

In re Braxton, 258 F.3d 250, 261 (4th Cir. 2001) (internal quotation marks and citation omitted). We have considered Bryant's petition and the district court docket sheet and find that the district court has recently disposed of Bryant's motion. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2